UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICKY D. LING,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-08-0354-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 19**). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 9).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will: (1) re-evaluate the opinions of Karen Schaaf, M.D., and Clark D. Ashworth, Ph.D., and consider evidence of obesity. The ALJ shall re-assess plaintiff's residual functional capacity, and determine whether plaintiff's non-severe impairments have any impact on his ability to perform work.

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

Finally, the ALJ shall obtain vocational expert testimony to determine whether plaintiff's non-exertional limitations erode the occupational base.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 19**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 20th day of July, 2009.

          *s/James P. Hutton*
          JAMES P. HUTTON
          UNITED STATES MAGISTRATE JUDGE