1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF WASHINGTON

4

5   RICKY D. LING,                    )
                                      )
6              Plaintiff,             )
                                      )        NO.  CV-08-0354-JPH
7         vs.                         )
                                      )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                )           **CIVIL CASE**
    Commissioner of Social Security,  )
9                                     )
               Defendant.             )
10                                    )
    _____  )
11

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19          DATED this 20th day of July, 2009.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by:   s/Pamela A. Howard
                                              Deputy Clerk
24

25

26   cc: all counsel